1  Philip Heller, PLC (State Bar No. 113938)
   Jerold Fagelbaum, Esq. (State Bar No. 92584)
2  **FAGELBAUM & HELLER LLP**
   2049 Century Park East, Suite 4250
3  Los Angeles, California 90067-3254
   Telephone:  (310) 286-7666
4  Facsimile:   (310) 286-7086

5

6  Attorneys for Plaintiff Wolfgang Puck

7

8              **UNITED STATES DISTRICT COURT**

9            **CENTRAL DISTRICT OF CALIFORNIA**

10

11  WOLFGANG PUCK, an individual,        ) **Case No.: CV08-03394 GAF (PLAx)**
                                         )
12              Plaintiff,               )
                                         ) **STIPULATION OF DISMISSAL**
13       v.                              ) AND ORDER
                                         )
14                                       )
15  WOLFGANG ZWIENER, an individual,     )
    W STEAK CORP. , a Delaware           )
16  corporation, WDI INTERNATIONAL,      )
    INC., a Hawaii corporation, and DOES 1 )
17                                       )
18  Through 50 Inclusive,                ) **[Hon. Gary A. Feess]**
                                         )
19                                       )
20              Defendants.              )
                                         )
21  _____ )
                                         )
22  AND RELATED COUNTERCLAIMS           )
23  _____

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IT IS HEREBY STIPULATED** by and through the parties to this action through their designated counsel that the above-captioned action, including all claims and counterclaims, be and hereby is dismissed, with prejudice, pursuant to F.R.C.P. 41(a)(1) and 41(c), each side to bear its own attorney's fees and costs.

DATED: September _11_, 2008          **FAGELBAUM & HELLER LLP**

By: _Philip Heller_
    Philip Heller
    Attorneys for Plaintiff Wolfgang Puck

DATED: September _10_, 2008          **MITCHELL SILBERBERG & KNUPP LLP**

By: _Karin Pagnanelli_
    Karin G. Pagnanelli, Esq.
    Attorneys for Defendant and
    Counterclaimant Wolfgang Zwiener, and
    Defendants W Steak Corp and WDI
    International, Inc

IT IS SO ORDERED.
DATED: 9/18/08

_____
UNITED STATES DISTRICT JUDGE

2